# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DEL RIO,<br><br>                Petitioner,<br><br>    vs.<br><br>MATTHEW CATE,<br><br>                Respondent. | CASE NO. 11cv0728 DMS (PCL)<br><br>**ORDER DISMISSING CASE**<br><br>[Docket Nos. 22, 25] |

On October 27, 2011, Magistrate Judge Peter C. Lewis issued a Report and Recommendation ("R&R"), recommending that the Court grant Respondent's motion to dismiss and dismiss this case for lack of jurisdiction. Neither Petitioner nor Respondent filed objections to the R&R. However, Petitioner recently filed a request to withdraw his petition in light of the R&R. After considering these documents, the Court hereby adopts the R&R in full, grants Respondent's motion to dismiss and dismisses this case for lack of jurisdiction. Petitioner's request to withdraw his petition is denied as moot.

**IT IS SO ORDERED**.

DATED: December 1, 2011

_____
HON. DANA M. SABRAW
United States District Judge